**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elizabeth M. Polovina                           CHAPTER 13
                    Debtor(s)

BKY. NO. 16-23846 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
22 Oct 2020, 12:28:32, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com