# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ELIZABETH M POLOVINA<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>ELIZABETH M POLOVINA<br><br><br>   Respondents | Case No.16-23846CMB<br><br>Chapter 13<br><br>Document No. 86 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___10th___ day of __November__, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Waterfront Surgery Center
        Attn: Payroll Manager
        495 E Waterfront Dr
        Homestead,PA 15120

is hereby ordered to immediately terminate the attachment of the wages of ELIZABETH M POLOVINA, social security number XXX-XX-1024. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ELIZABETH M POLOVINA.

BY THE COURT:

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/10/21 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23846-CMB |
| Elizabeth M. Polovina | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth M. Polovina, 2857 Tischler Road, Bethel Park, PA 15102-3836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Elizabeth M. Polovina attorneyspyra@dennisspyra.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Laurence A. Mester | on behalf of Creditor Westlake Financial Services lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com loismvitti@vittilaw.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 10