**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ELIZABETH M POLOVINA

       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:16-23846

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2016 and confirmed on 11/30/16 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 169,405.46 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 169,405.46 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 8,105.27 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,105.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 103,004.05 | 0.00 | 103,004.05 |
|     Acct: 6669 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 11,387.42 | 11,387.42 | 632.53 | 12,019.95 |
|     Acct: 8080 | | | | |
| | | | | 115,024.00 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELIZABETH M POLOVINA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS J SPYRA ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FREEDOM MORTGAGE CORP | 750.00 | 750.00 | 0.00 | 750.00 |
|     Acct: 6669 | | | | |
|   FREEDOM MORTGAGE CORP | 200.00 | 200.00 | 0.00 | 200.00 |
|     Acct: 6669 | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6669 | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6669 | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6669 | | | | |
|   WESTLAKE SERVICES LLC(*) DBA WESTL | 0.00 | 15,513.77 | 0.00 | 15,513.77 |
|     Acct: 1959 | | | | |
| | | | | 16,463.77 |
| **Unsecured** | | | | |
|   ECMC(*) | 3,088.44 | 1,729.02 | 0.00 | 1,729.02 |
|     Acct: 1024 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 16,485.31 | 9,229.10 | 0.00 | 9,229.10 |
|     Acct: 5966 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 14,054.64 | 7,868.31 | 0.00 | 7,868.31 |
|     Acct: 8108 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,358.87 | 760.75 | 0.00 | 760.75 |

| 16-23846 | | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 6193 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 12,905.96 | 7,225.24 | 0.00 | 7,225.24 |
| Acct: 9166 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 26,812.42 |

TOTAL PAID TO CREDITORS                                                                                   158,300.19

TOTAL CLAIMED
PRIORITY              950.00
SECURED           11,387.42
UNSECURED        47,893.22

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ELIZABETH M POLOVINA

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:16-23846

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-23846-CMB

Elizabeth M. Polovina     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2

Date Rcvd: Nov 23, 2021     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Polovina, 2857 Tischler Road, Bethel Park, PA 15102-3836 |
| cr | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14305169 | + | AES/PHEAAFRN, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14743686 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14305174 | + | Freedom Mortgage Corp, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14320244 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14305170 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Capital One Bank USA NA, 15000 Capital One Drive, Henrico, VA 23238 |
| 14305172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | CBNA/Goodyear, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14305175 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2021 23:26:00 | Huntingtn National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14305176 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2021 23:26:00 | Huntington, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14366659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307632 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14307267 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2021 23:26:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 15204399 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 23 2021 23:26:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Westlake Financial Services |
| 14305173 | | Eric Scheirer, unknown |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14305171 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USa, NA, 15000 Capital One Drive, Henrico, VA 23238 |

Case 16-23846-CMB    Doc 93    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc Imaged
Certificate of Notice    Page 6 of 6

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 14

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
　on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Dennis J. Spyra
　on behalf of Debtor Elizabeth M. Polovina attorneyspyra@dennisspyra.com

Jerome B. Blank
　on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Laurence A. Mester
　on behalf of Creditor Westlake Financial Services lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Lois M. Vitti
　on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com

Maria Miksich
　on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Office of the United States Trustee
　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　cmecf@chapter13trusteewdpa.com

Thomas Song
　on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Thomas Song
　on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 10